No. 364. LOCAL LODGE 2040, INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL-CIO, ET AL. *v.* SERVEL, INC. C. A. 7th Cir. Certiorari denied. *Plato E. Papps* and *Sydney L. Berger* for petitioners. *Kenneth F. Burgess* and *Walter J. Cummings, Jr.* for respondent.

No. 366. CARTER PRODUCTS, INC., *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *William L. Hanaway, Herman Phleger* and *Alvin J. Rockwell* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon* and *Alan B. Hobbes* for respondent.

No. 367. ELIZABETH HOSPITAL, INC., *v.* RICHARDSON ET AL. C. A. 8th Cir. Certiorari denied. *James R. Hale* for petitioner. *Eugene R. Warren* for respondents.

No. 369. GLAGOVSKY *v.* BOWCRAFT TRIMMING CO. ET AL. C. A. 1st Cir. Certiorari denied. *David Rines* and *Robert H. Rines* for petitioner. *Theodore S. Kenyon* for respondents.

No. 370. QUINTON ET AL. *v.* ROONEY. C. A. 5th Cir. Certiorari denied. Petitioners *pro se*. *Hervey Yancey* for respondent.

No. 372. VIEW CREST GARDEN APARTMENTS, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Lyle L. Iversen* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub, Alan S. Rosenthal* and *Seymour Farber* for the United States.